# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

  v.

RAFAEL RODRIGUEZ
             CRIMINAL CASE NO. <u>04-10132-WGY</u>

## APPOINTMENT OF FEDERAL DEFENDER
## (SYRIE FRIED)

  The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

  It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **April 29, 2004** to represent said defendant in this cause until further order of the Court.

           By: /s/_____
              MARIANNE B. BOWLER
              Chief United States Magistrate Judge

DATE: <u>April 29, 2004</u>

(FPDAPPNOTICECUSMJB.wpd - 11/98)                [koapptpd.]