# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA V.S. RAFAEL RODRIGUEZ

FOR: _____
AT: _____

LOCATION NUMBER: _____

**PERSON REPRESENTED** (Show your full name): Rafael Rodriguez

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate: _____
District Court: 04-10132-WGY
Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check): ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### EMPLOYMENT
Are you now employed?  ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed?  ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 1,000 (approx)
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

### ASSETS

**OTHER INCOME:** Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ _____

**CASH:** Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY:** Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT: _____

### DEPENDENTS

MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 4

List persons you actually support and your relationship to them:
- Marlene (daughter)
- Nicol (daughter)
- Jay (son)
- Moreno (brother - disabled)

### OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| $700 (rent) | | $ | $ |
| $50 (phone) | | $ | $ |
| $100 (household expenses, food, etc) | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4-29-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Rafael Rodriguez