AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RAFAEL RODRIGUEZ

**WARRANT FOR ARREST**

CASE NUMBER: 04CR10132WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **RAFAEL RODRIGUEZ**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

illegal reentry of deported alien

in violation of Title **8** United States Code, Section(s) **1326**

Name of Issuing Officer: Therese M. Gawlik

Title of Issuing Officer: Supervisor

Signature of Issuing Officer

Date and Location: 4-28-04 Boston

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/29/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.