✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
| V. | |
| RAFAEL RODRIGUEZ | Case Number: CR04-10132 WGY |

| PRESIDING JUDGE<br>ALEXANDER | PLAINTIFF'S ATTORNEY<br>SETH BERMAN | DEFENDANT'S ATTORNEY<br>SYRIE FRIED |
|---|---|---|
| TRIAL DATE (S)<br>5/14/2004 | COURT REPORTER<br>DIGITAL RECORDING | COURTROOM DEPUTY<br>REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 5-14-04 | direct | | JOSEPH A. GAETA, S/A, ICE |
| 1 | | 5-14-04 | X | X | U.S. DEPT. OF JUSTICE WARRANT OF REMOVAL : 99-R-4215 |
| 2 | | 5-14-04 | X | X | FBI LETTER RE: FINGERPRINT RESULTS |
| X | | 5-14-04 | cross | | JOSEPH A. GAETA, S/A, ICE |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages