UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                         CRIMINAL
                                                           NO. 04-10132 -WGY

RAFAEL RODRIGUEZ

INITIAL SCHEDULING ORDER

YOUNG, C.J.

The above named defendant(s) having been arraigned on 5/14/04 before ALEXANDER, USMJ, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by 6/11/04 See L.R.116.1(C).

B. The defendant shall provide automatic discovery by 6/11/04. See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by 6/25/04. See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by 7/9/04. See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on 6/30/04 at 2:00 p.m. in Courtroom No. 18 on the 5 floor.

By the Court,

5/21/04                                                    /s/ Elizabeth Smith
Date                                                       Deputy Clerk

(Crinsch1.wp - 11/24/98)