1

```
 1              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                        Criminal No.
 3                                      04-10132-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *
     v.                             *   CHANGE OF PLEA
 7                                  *
     RAFAEL RODRIGUEZ               *
 8                                  *
     * * * * * * * * * * * * * * * *
 9

10

11

12          BEFORE:  The Honorable William G. Young,
                             District Judge
13

14
     APPEARANCES:
15
             DENA T. SACCO, Assistant United States
16      Attorney, 1 Courthouse Way, Suite 9200, Boston,
        Massachusetts 02210, on behalf of the Government
17

18           FEDERAL DEFENDER'S OFFICE (By Syrie D.
        Fried, Esq.), 408 Atlantic Avenue, Third Floor,
19      Boston, Massachusetts 02210, on behalf of the
        Defendant
20
             GABRIEL HADAD, Court Interpreter
21

22                                      1 Courthouse Way

23                                      Boston, Massachusetts

24
                                        September 21, 2004
25
```