UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                         ) | CRIMINAL NO. 03-10132-WGY |
| ) | |
| Rafael Rodriguez           ) | |
|         Defendant.         ) | |

**GOVERNMENT'S MOTION TO DECREASE OFFENSE LEVEL BY ONE ADDITIONAL LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States, by and through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Dena T. Sacco, Assistant U.S. Attorney, hereby moves, pursuant to U.S.S.G. §3E1.1(b) (effective April 30, 2003) and to the extent prescribed by U.S.S.G. §1B1.11, for an additional one level decrease in Defendant Rafael Rodriguez's offense level for acceptance of responsibility.

As grounds therefore, the government states that the defendant has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying authorities of his intention to enter a guilty plea, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently.

WHEREFORE, the government respectfully requests that the Court impose an additional one level decrease in Defendant's

offense level for acceptance of responsibility.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                         By:
                                  /s/ Dena T. Sacco
                                  DENA T. SACCO
                                  Assistant U.S. Attorney
                                  (617) 748-3100

Date: December 21, 2004

## CERTIFICATE OF SERVICE

Suffolk, ss.                                Boston, Massachusetts
                                          December 21, 2004

    I, Nadine Pellegrini, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing by hand delivery, to Syrie Fried, Esq., counsel for the defendant.

                                            /s/ Dena T. Sacco
                                            DENA T. SACCO
                                            Assistant U.S. Attorney