1

 1              THE COURT:  Thank you.
 2              Mr. Rafael Rodriguez, in consideration of the
 3      offense of which you stand convicted, the information from
 4      the United States Attorney, your attorney, the probation
 5      officer and yourself, this Court sentences you to three
 6      years in the custody of the United States Attorney General.
 7      The Court imposes upon you no fine due to your inability to
 8      pay a fine.  The Court imposes the $100 special assessment.
 9              In addition to the general requirements -- oh, the
10      Court imposes a period of two years of supervised release,
11      and in addition to the general requirements of such
12      supervised release orders that you are prohibited from
13      possessing a firearm or other dangerous weapon.  If deported
14      you're to leave the United States, not to return without the
15      prior permission of the United States -- well, no, without
16      the prior permission of the Secretary of the Department of
17      Homeland Security.
18              You shall use your name, your true name, and you're
19      prohibited from using any false names or false identifiers.
20              Mr. Rodriguez, let me explain this sentence.
21      There's been a lot of talk here that is very important to
22      the lawyers, including your lawyer protecting your rights.
23      And it's important to the Court that I explain myself
24      correctly.  But to you I understand it's all mumbo-jumbo.  I
25      give you a three year sentence, sir, because you were once

                                                               2

1    deported for serious misconduct and you came back after that
2    deportation.
3         That sentence is an appropriate and a just sentence
4    under all the circumstances.  You will have credit toward
5    the service of that sentence, well, it looks like from
6    April 9, 2004.  Is that not correct?
7         THE PROBATION OFFICER:  He was in, he was in ICE
8    custody from April 9th to April 29th and was then
9    transferred to federal custody for this offense.  So BOP may
10   or may not give him credit for the time in ICE custody.
11        THE COURT:  I'm going to give him credit from April
12   9th, 2004.
13        You are advised, sir, that you have the right to
14   appeal -- so does the United States -- from any findings or
15   rulings the Court has made in this case.  And I state
16   expressly on the record should either party appeal and
17   should the sentence of this Court be reversed in whole or in
18   part, I state now the sentencing will be before some other
19   judge.  That's to avoid being ordered off the case.
20        THE PROBATION OFFICER:  Excuse me, your Honor?
21        THE COURT:  I do the best I can at the time I
22   impose sentence.  I reserve my right to write an opinion on
23   the legal issue.  I don't promise it.
24        Yes?
25        THE PROBATION OFFICER:  Your Honor, I apologize.

3

1        The probation officers ask that as an additional
2   sanction, part of the Justice For All Act, that the Court
3   say that the defendant will submit to the collection of a
4   DNA sample as directed by the probation office.
5        THE COURT:  It was my mistake and I do add that
6   special condition.  Ought that not be part of the general
7   conditions?
8        THE PROBATION OFFICER:  Yes.  It's now included
9   generally.
10        THE COURT:  Since that is the law, I'll make it
11   part of the general conditions.
12        Thank you all.
13        THE PROBATION OFFICER:  Thank you.
14        THE COURT:  He's remanded to the custody of the
15   marshals.
16        (Whereupon the matter concluded.)
17
18
19
20
21
22
23
24
25