UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| ) | |
| v.                          ) | Criminal No. 04-10132-WGY |
| ) | |
| ) | |
| RAFAEL RODRIGUEZ            ) | |

NOTICE OF APPEAL

   Notice is hereby given that the defendant Rafael Rodriguez appeals the sentence imposed on him following a judgment of conviction in the above-captioned case on December 21, 2004 to the United States Court of Appeals for the First Circuit.

```
                              RAFAEL RODRIGUEZ
                              By his attorney,


                              /s/ Syrie D. Fried
                              Syrie D. Fried
                                B.B.O. # 555815
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: (617) 223-8061
```

Dated: December 30, 2004