```
                                                                 1


 1                   UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2

 3

 4                                        Criminal No.
                                          04-10132-WGY
 5

 6     * * * * * * * * * * * * * * * *
                                      *
 7     UNITED STATES OF AMERICA       *
                                      *
 8     v.                             *   DISPOSITION
                                      *
 9     RAFAEL RODRIGUEZ               *
                                      *
10     * * * * * * * * * * * * * * * *

11

12

13            BEFORE:  The Honorable William G. Young,
                              District Judge
14

15
       APPEARANCES:
16
               DENA T. SACCO, Assistant United States
17        Attorney, 1 Courthouse Way, Suite 9200, Boston,
          Massachusetts 02210, on behalf of the Government
18

19             FEDERAL DEFENDER'S OFFICE (By Syrie D.
          Fried, Esq.), 408 Atlantic Avenue, Third Floor,
20        Boston, Massachusetts 02210, on behalf of the
          Defendant
21
               GABRIEL HADAD, Court Interpreter
22

23                                        1 Courthouse Way

24                                        Boston, Massachusetts

25
                                          December 21, 2004
```