**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 04-10132-WGY** |
| | ) | |
| **RAFAEL RODRIGUEZ, a/k/a** | ) | |
| **RAPHAEL RODRIGUEZ, a/k/a** | ) | |
| **ERNESTO MORALES,** | ) | |
|     **Defendant** | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed on the defendant Rafael Rodriguez by the district court (Young, C.J.) on December 21, 2004, and from the Judgment in a Criminal Case (entered on the docket on December 22, 2004).

(The defendant filed a notice of appeal on December 30, 2004.)

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Dena T. Sacco
     DENA T. SACCO
     Assistant U.S. Attorney

Certificate of Service

I, Dena T. Sacco, AUSA, hereby certify that I have caused a copy of this notice to be served by first-class mail on Syrie Fried, Esq., Federal Defender Office, 408 Atlantic Avenue, Boston, MA 02210 on January 4, 2005.

/s/ Dena T. Sacco
Dena T. Sacco
Assistant U.S. Attorney