**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 05-1083

UNITED STATES

Appellant

v.

RAFAEL RODRIGUEZ, a/k/a Raphael Rodriguez, a/k/a Ernesto Morales

Defendant - Appellee

---

**JUDGMENT**
**Entered: June 23, 2005**

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal will proceed as Appeal No. 05-1082.

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*[signature]*
Deputy Clerk

Date: 6/23/05

By the Court:
Richard Cushing Donovan, Clerk

By: **MARGARET CARTER**
Chief Deputy Clerk

[cc: Syrie Fried, AFPD, Dina Michael Chaitowitz, AUSA, Virginia Vander Jagt, AUSA, Rafael Rodriguez]